**No. 62967.**—Design International Corp. *v.* United States, protest 58/9098 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the sub-

ject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim of the plaintiffs was sustained.